IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIE A. CONDON,

    Petitioner,                      No. 2:13-cv-0673 KJN P

    vs.

PEOPLE OF CALIFORNIA,

    Respondent.                  ORDER

/

        Petitioner, a state prisoner at the California Institution for Women, has filed a document entitled "Petition for Stay and Abeyance," and another document entitled "Declaration of Indigency." However, in order to commence this action, petitioner must file a petition for writ of habeas corpus, as required by Rule 3 of the Rules Governing Section 2254 cases; in addition, petitioner must file a completed application requesting leave to proceed in forma pauperis, or submit the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a).

        For these reasons, the instant "petition" (motion) must be denied without prejudice. Petitioner will be accorded the opportunity to file a standard petition for writ of habeas corpus that includes only her fully exhausted claims. Petitioner may simultaneously renew her motion to stay and abey this action pending the exhaustion of state court remedies on her currently unexhausted claims. Petitioner must also submit an application requesting leave to

1

proceed in forma pauperis, or the appropriate filing fee.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 5, 2013, motion for a stay and abeyance (Dkt. No. 1), is denied without prejudice.

2. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition.

3. Petitioner shall also submit, within thirty days from the service date of this order, an application to proceed in forma pauperis (on the form provided herein by the Clerk of Court), or the filing fee in the amount of $5.00.

4. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed.

5. The Clerk of the Court is directed to send petitioner the court's forms for filing a petition for writ of habeas corpus, and application to proceed in forma pauperis by a prisoner.

DATED:  April 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cond0673.nopetition

---

[1] Petitioner need not submit another certified statement of her prison trust account balance; the statement she submitted (at Dkt. No. 2) remains current.