1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JULIE A. CONDON,

11          Petitioner,                    No. 2:13-cv-0673 JAM KJN P

12       vs.

13  PEOPLE OF CALIFORNIA,              ORDER

14  _____/

15          Petitioner, a state prisoner proceeding without counsel or "pro se," has filed an

16  application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion to stay and

17  abey this action, together with a request to proceed in forma pauperis.  In her application,

18  petitioner challenges a conviction by the Tuolumne County Superior Court.  Tuolumne County is

19  part of the Fresno Division of the United States District Court for the Eastern District of

20  California.  See Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24  court.  This court will not rule on the pending matters.

25  ////

26  ////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2             1.  This court has not ruled on petitioner's request to proceed in forma pauperis, or

3   her motion to stay and abey this action;

4             2.  This action is transferred to the United States District Court for the Eastern

5   District of California sitting in Fresno; and

6             3.  All future filings shall reference the new Fresno case number assigned and

7   shall be filed at:

8                   United States District Court
                                  Eastern District of California

9                   2500 Tulare Street
                                  Fresno, CA 93721

10

11  DATED:  May 23, 2013

12

13  _____
              KENDALL J. NEWMAN

14  UNITED STATES MAGISTRATE JUDGE

15  cond0673.109

16

17

18

19

20

21

22

23

24

25

26